IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KENNETH PARKES, ET AL : | |
| : | |
| vs. : | CIVIL ACTION NO. |
| : | 02-3356 |
| BAYER CORPORATION, ET AL : | |

**ORDER**

**AND NOW,** this    day of May, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]  -  Order staying these proceedings pending disposition of a related action.

- [ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

- [ ]  -  Interlocutory appeal filed

- [X]  -  Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transfering case to District of Minnesota.

it is
   **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

   **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**


_____
R. Barclay Surrick, J.

Civ. 13 (8/80)